IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01426-REB-CBS

PAMA VENTURES, LLC, a Washington limited liability company,

    Plaintiff,

v.

BRIAN WELLENS,

    Defendant/Third Party Plaintiff,

v.

GARY CARPENTER, an individual,
RICK DOANE, an individual,
CASA BRISAS HOLDINGS, LLC, a Colorado limited liability company,
JEFFERY TALLMAN, an individual, and
CYPRESS CAPITAL MANAGEMENT, LLC an Oregon limited liability company,

    Third Party Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIMS

**Blackburn, J.**

The matter before me is the **Notice of Voluntary Dismissal of Third Party Claims Without Prejudice** [#37] filed May 11, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that the third-party claims filed by defendant/third-party plaintiff, Brian Wellens, against third-party defendants Gary Carpenter, Rick Doane, Casa Brisas Holdings, LLC, Jeffrey Tallman, and Cypress Capital Management, LLC, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Third Party Claims Without Prejudice** [#37] filed May 11, 2010, is **APPROVED**;

2.  That the third-party claims filed by defendant/third-party plaintiff, Brian Wellens, against third-party defendants, Gary Carpenter, Rick Doane, Casa Brisas Holdings, LLC, Jeffrey Tallman, and Cypress Capital Management, LLC, are **DISMISSED WITHOUT PREJUDICE**;

3.  That any pending motion filed on behalf of the third-party defendants, Gary Carpenter, Rick Doane, Casa Brisas Holdings, LLC, Jeffrey Tallman, and Cypress Capital Management, LLC, is **DENIED** as moot; and

4.  That third-party defendants, Gary Carpenter, Rick Doane, Casa Brisas Holdings, LLC, Jeffrey Tallman, and Cypress Capital Management, LLC, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated May 11, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge