IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01426-REB-CBS

PAMA VENTURES, LLC,
a Washington limited liability company,

      Plaintiff,

v.

BRIAN WELLENS,

      Defendant.

## ORDER

This matter is before me on the Writs of Garnishment with Notice of Exemption and Pending Levy [#111 - #114] issued by the Clerk of this Court on November 24, 2010. The following banks were identified as garnishees: the Bank at Broadmoor, the Bank of Colorado, Vectra Bank and Wells Fargo Bank. Although the time for the Defendant/Judgment Debtor to file a claim of exemption to the writs has not passed, at least one garnishee has delivered funds to the Clerk of the United States District Court. Until the Defendant has had an opportunity to file a claim of exemption, if any, and this Court has determined whether such funds are exempt, all funds received by the Clerk shall be held in the Registry of the Court.

THEREFORE, IT IS ORDERED that all funds received from the above-named garnishees and any other garnishee identified in this action, shall be deposited into and held in the Registry of the Court until such time as this Court directs such funds be distributed to the Judgment Creditor or otherwise.

DATED at Denver, Colorado, this 2nd day of December, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge