**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  09-cv-01426-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  December 22, 2010** | **Courtroom Deputy:**  Linda Kahoe |

PAMA VENTURES, LLC,　　　　　　　　　　　N. Reid Neureiter
　　　　　　　　　　　　　　　　　　　　　　Justin H. Weyerhaeuser

　　　　Plaintiff,

　　v.

BRIAN WELLENS,　　　　　　　　　　　　　Steven Anton Klenda

　　　　Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:　　　9:59 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Motion for Charging Orders in Aid of Enforcement of Judgment, doc #[123], filed 12/2/2010.

Mr. Weyerhaeuser presents arguments.

Mr. Klenda presents arguments.

Discussion and arguments regarding the time limits of 15 days for initial production and 10 days for bank statements.  The court states the deadlines are sufficient and will not be extended.

**ORDERED:**　The Motion for Charging Orders in Aid of Enforcement of Judgment, doc #[123], is **GRANTED**.  Plaintiff's counsel is directed to submit new Charging Orders consistent with the modifications set forth on the record no later than **DECEMBER 27, 2010.**  The court will then sign the Orders.

HEARING CONCLUDED.
**Court in recess**:　　　**10:38 a.m.**
Total time in court:　　00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.