IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01426-REB-CBS

PAMA VENTURES, LLC, a Washington limited liability company,

    Plaintiff,

v.

BRIAN WELLENS,

    Defendant.

## CHARGING ORDER

**TO: Pauoa CRH, LLC, c/o Brian M. Wellens, Registered Agent, 30 E. Kiowa Street, Suite 101, Colorado Springs, CO 80903.**

    A judgment in the amount of $1,455,313.32 was entered by this Court on July 26, 2010, against Defendant Brian Wellens and in favor of Plaintiff PAMA Ventures, LLC. Until such time as the Clerk of this Court enters a satisfaction of judgment, which sum shall include interest and may include costs and attorneys' fees incurred during PAMA's collection efforts,

    **BY ORDER OF THE COURT**, you are hereby directed as follows:

    1.    To deliver to the Registry of the Court, by check payable to Clerk of the United States District Court, 901 19th Street, Room A-105, Denver, Colorado 80294-3589, all present and future distributions, credits, drawings or payments which would have been paid to Mr. Wellens or otherwise transferred by you into a bank account held by Mr. Wellens individually or with any other person;

    2.    To not make capital acquisitions of property of Mr. Wellens;

    3.    To not loan money to nor pay money to Mr. Wellens or any creditor of Mr. Wellens in his personal capacity without prior approval of the court;

    4.    To not make a sale or modification of the partnership or LLC interests unless approval of the court is first obtained;

    5.    To deliver electronically, by courier or by certified mail, within 15 days of this Order to PAMA, through its counsel, all organizational documents, records, reports, agreements and amendments not already produced to PAMA;

    6.    To deliver electronically, by courier or by certified mail, to PAMA, through its counsel, all current and future bank statements, financial statements, profit and loss statements, balance sheets and tax returns within 10 days of the creation or receipt of such documents by you;

This Order does not apply to such property, if any, determined by this Court to be exempt from execution pursuant to C.R.S. § 13-54-101 *et seq.* Such property, if any, is described on the following page of this Order.

DATED at Denver, Colorado, this 28th day of December, 2010.

                BY THE COURT:

                *s/Craig B. Shaffer*
                Craig B. Shaffer
                United States Magistrate Judge