IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01426-REB-CBS

PAMA VENTURES, LLC, a Washington limited liability company,

    Plaintiff,

v.

BRIAN WELLENS,

    Defendant.

---

**ORDER ON PAMA VENTURES' REQUEST FOR
ENTRY ON LAND FOR INSPECTION AND TO TAKE PHOTOGRAPHS OF
PERSONAL PROPERTY**

---

    This matter came before the Court on March 22, 2011 on Judgment Creditor PAMA Ventures' request to enter the home of Judgment Debtor Brian Wellens to take photographs of personal property that may be subject to seizure in order to satisfy PAMA Ventures' judgment against Mr. Wellens.

    Good cause having been shown, it is hereby ORDERED that PAMA Ventures shall be permitted to enter the residence of the Debtor, Brian Wellens:

        **24 Elm Avenue
        Colorado Springs, 80906**

including all outbuildings, such as garages or storage sheds, for the purpose of inspecting, identifying, and photographing personal property assets of the debtor. Specifically, PAMA shall be entitled to have up to two representatives enter the home of Mr. Wellens, and any rooms, attics, or closets, thereof, and all outbuildings to inspect and take photographs of the following categories of personal property:

      1. Jewelry (including watches)
      2. Furniture
      3. Electronics
      4. Vehicles
      5. Art
      6. Sports Equipment
      7. Silverware
      8. Appliances
      9. Tools

The entry, inspection, and photography shall take place on April 7, 2011 beginning at 9:00 am. PAMA's representatives shall leave Mr. Wellens' residence in approximately the same condition in which it was before PAMA's inspection. PAMA shall, as nearly as practicable, reposition any item that it disturbs during the course of its inspection and photography to its original, pre-inspection position, and PAMA shall be responsible for any damages that it causes during its inspection.

Mr. Wellens and all persons given notice of this order are ordered not to interfere with PAMA's inspection and photography consistent with the terms of this order. Mr. Wellens shall facilitate the inspection by ensuring that doors to rooms, closets, attics, garages or outbuildings are not locked and that any safe or other such device for protecting valuables is open for inspection. Mr. Wellens, his wife, Kristen Guggenhime and/or two authorized representatives of Mr. Wellens are entitled to be present and accompany PAMA's representatives at all times during PAMA's inspection.

Mr. Wellens is further ordered not to remove (other than in the usual course of his family's life, such as driving a car, or wearing personal jewelry) or to conceal from view, personal property in the above categories that is located at the Home as of the date of this Order, until after the inspection and photography is complete.

PAMA shall provide copies of any and all photographs taken to counsel for Mr. Wellens within 5 days of the inspection. After receiving copies of these photographs, Wellens shall have 5 business days to identify to PAMA, under oath, any photographed property that does not belong exclusively to him. PAMA shall not execute, seize, or otherwise disturb the possession or enjoyment of this property until Mr. Wellens' 5-business day period to respond to PAMA's photographs has expired.

The parties may change the date and time of the inspection if they are able to mutually agree to a different date and/or time.

DATED at Denver, Colorado, this 24th day of March, 2011.

                BY THE COURT:

                *s/Craig B. Shaffer*
                Craig B. Shaffer
                United States Magistrate Judge